UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE MAY,

    Plaintiff,

v.                                 CASE NO. 8:00-cv-2079-T-23B

SUSAN C. BUCKLEW, Coram Non Judice,
as a private person, DONALD TRUMP,
and The TRUMP ORGANIZATION, INC.,
jointly and severally,

    Defendants.
_____/

## O R D E R

Before the Court is a "Motion to Dismiss for Lack of Jurisdiction over the Subject Matter and Failure to State a Claim upon which Relief can be Granted" (Doc. 4) ("Motion to Dismiss") filed by Donald Trump and The Trump Organization, Inc. (collectively, the "Trump Defendants"). The *pro se* plaintiff filed an "Opposition" to the Motion to Dismiss (Doc. 6). For the reasons set forth in the Motion to Dismiss, the Motion to Dismiss is **GRANTED**.

Although the Motion to Dismiss was filed only on behalf of the Trump Defendants, the Court's lack of subject matter jurisdiction is determinative as to the asserted claims against the Trump Defendants and Judge Bucklew.[1] Accordingly, the

---

[1] The doctrine of absolute judicial immunity would otherwise preclude the claims asserted against Judge Bucklew. See Bolin v. Story, 225 F.3d 1234, 1239 (11th Cir. 2000).

plaintiff's complaint is **DISMISSED** and the Clerk is directed to (1) terminate any pending motions and (2) close this case.

ORDERED in Tampa, Florida, on November 17th, 2000.

                                    STEVEN D. MERRYDAY
                              UNITED STATES DISTRICT JUDGE